AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

James Clarence Hughes III, 291383

        Petitioner,        **SUMMARY JUDGMENT IN A CIVIL CASE**

vs.

        Case Number: 2:06-336-CMC-RSC

State of South Carolina; Henry
McMaster, Attorney General for
South Carolina; and Warden,
Ridgeland Correctional Institution,

        Respondents.

**Decision on the Record.** This action came before the court on the record, Honorable Cameron McGowan Currie, U.S. District Judge, presiding. The issues have been reviewed and a decision rendered. The Court having adopted the Report and Recommendations of Magistrate Judge Robert S. Carr,

    **IT IS ORDERED AND ADJUDGED** that Summary Judgment is granted as to the Respondents, and the Petitioner shall take nothing on his Petition filed pursuant to Title 28:USC 2254.

        LARRY W. PROPES, Clerk

        By s/Susan K. Sanders
                Deputy Clerk

October 20, 2006